# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. MOORE, | ) NO. CV 12-1273-AHS (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES A. YATES, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: February 24, 2012.

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE